No. D–682. IN RE DISBARMENT OF BRISCOE. It is ordered that John F. Briscoe, of Lakewood, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–683. IN RE DISBARMENT OF KERN. It is ordered that Walter M. D. Kern, Jr., of Ridgewood, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.